JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARYURI DE LOS ANGELES
VALLECILLO ZEPEDA,

     Petitioner,

    v.

MARKWAYNE MULLIN, ET AL.,

     Respondents.

Case No. 2:26-cv-05012-AJR

**JUDGMENT**

    IT IS HEREBY ADJUDGED that the Petition is GRANTED.

    Respondents shall immediately release Petitioner from custody on her prior conditions of supervision that existed prior to her detention on May 7, 2026 and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could

reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Respondents shall file a notice of compliance **within twenty-four hours**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 18, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2